UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLOS VALDES,

       Plaintiffs,

VS.	CIVIL ACTION NO. 11-13267

       HON. GEORGE CARAM STEEH
       U.S. DISTRICT JUDGE

OCB RESTAURANT COMPANY, LLC,
(*aka Old Country Buffet*),

       Defendant.
_____/

## ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY

    IT IS HEREBY ORDERED that this case is closed for administrative purposes without prejudice. This closing does not constitute a dismissal or a decision on the merits.

    IT IS FURTHER ORDERED that when the bankruptcy stay has been removed this case may be reopened on motion of any party.

Dated: January 23, 2012

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 23, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk